```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IAN SCHLEIFER,                                              JUDGMENT
                                                            17-CV- 1649 (BMC)
                        Plaintiff,

        -against-

KITTEE  BERNS,

                        Defendant.
-------------------------------------------------------X
```

An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on July 19, 2017, ordering that Defendant's motion to dismiss and for attorney's fees and costs is granted; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss and for attorney's fees and costs is granted.

Dated: Brooklyn, New York           Douglas C. Palmer
      July 19, 2017                  Clerk of Court

                                      by:   */s/ Janet Hamilton*
                                             Deputy Clerk